ACCEPTED
12-15-00152-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/9/2015 4:45:44 PM
Pam Estes
CLERK

Cause No. 12-15-00152-CR

| | | |
|---|---|---|
| BARBARA BROOKSHIRE SAMFORD | § | IN THE TWELFTH |
| Appellant | § | |
| | § | |
| Vs. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | |
| Appellee | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/9/2015 4:45:44 PM
PAM ESTES
Clerk

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLEE, Ed C. Jones, Angelina County Attorney, representing the State of Texas and would respectfully show the Honorable Court the following:

The State's Brief is due to be filed no later than September 18, 2015. This is to request a 30 day extension of time for The State (Appellee) to file its brief for the reasons stated below.

1. The State is requesting an extension of time due to being engaged in preparation for a Driving While Intoxicated trial scheduled for September 21, 2015, in County Court at Law No. 2, Angelina County.

2. Also, I have the responsibility of representing the State in an animal cruelty case in which a Petition For A Writ Of Certiorari To The County Court At Law Of Angelina County. A response is due by September 17, 2015. That case involves legal issues outside of my normal caseload.

3. In addition to the above, I will be out of office for Continuing Legal Education from September 22 through September 25, 2015, which I have been scheduled to attend for several months.

WHEREFORE, PREMISES CONSIDERED, the Appellee Prays the Honorable

Court GRANT the 30 day extension to allow Appellee the opportunity to file its brief.

_Ed C. Jones_

Respectfully submitted,
Ed C. Jones
Angelina County Attorney
Attorney For The State
P. O. Box 1845
Lufkin, Texas 75902-1845
Telephone: 936-639-3929
Bar No. 10873300

## CERTIFICATE OF SERVICE

I certify that on September 9, 2015, I sent a copy of Appellee's Motion For Extension of Time to File Brief to all parties listed below as indicated.

_Ed C. Jones_

Ed C. Jones

VIA Texas Official eFile System:

APPELLANT

AL CHARANZA